# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:12-0042 |
| | | CIVIL NO. 6:13-3056 |
| VERSUS | * | JUDGE HAIK |
| SHAWN RYAN THIBODEAUX | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the **Clerk REINSTATE** petitioner's judgment of conviction and sentence on this court's docket as of **October 30, 2014**, that date representing the date from which the time for filing a notice of direct appeal shall run.

**IT IS FURTHER ORDERED** that the Motion to Vacate filed pursuant to 28 U.S.C. § 2255 [rec. doc. 64] be **DISMISSED WITHOUT PREJUDICE..**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 23rd day of October, 2014.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE